UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE

v.                                                              C.A. 09-452ML

OFFICER JOHN DOUGLASS, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated May 3, 2010 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motions for Judgment on the pleadings and for Summary Judgment are deemed moot.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
May 21, 2010