UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONATHAN L. MOORE

v.                                                                       CA 09-452 ML

JOHN DOUGLASS and
ELICIA PETTY

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on October 5, 2010. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. Plaintiff's Motion for Summary Judgment (Docket #32) is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
October 28, 2010